# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 10-20293-STA-tmp |
| | ) | |
| **ANTHONY PAYTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge' Recommendation that Defendant's Motion to Suppress be denied (D.E. # 53), filed on June 8, 2011. Neither party has filed objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report and Defendant's Motion to Suppress (D.E. # 31) is **DENIED**.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: July 15th, 2011.